**Eric L. Buchanan**
*Licensed in Tennessee and Georgia*

**Hudson T. Ellis**
*Licensed in Tennessee, Georgia and the District of Columbia*

> The request is GRANTED. The initial case management conference, currently scheduled for October 9, 2024 at 11:00 AM, is now scheduled on **October 21, 2024 at 11:00 AM**.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> October 4, 2024

<u>Via ECF:</u>

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

    Re:    *Arrabito v. First Unum Life Insurance Company et al*
                1:24-cv-05054-GHW-JW

Dear Magistrate Judge Willis:

In accordance with Subsection 1(e) of the Court's Individual Rules of Practices in Civil Cases and Local Rule 7.1(d), the parties jointly request the Court to adjourn and reschedule the telephonic Initial Case Management Conference currently scheduled to occur on October 9, 2024, at 11:00 AM EST to any of the following dates or another date and time that the Court deems appropriate: (1) October 14, 2024; (2) October 21, 2024; or (3) October 25, 2024.

For grounds, the parties note Plaintiff's counsel is scheduled to appear in another civil matter on the same date and time as the telephonic Initial Case Management Conference and would not be able to attend and participate in ICMC. To preserve judicial economy and ensure counsel for both parties can attend and participate in the telephonic Initial Case Management Conference, the parties request that it be rescheduled to any of the above dates or another date and time that the Court deems appropriate.

The parties further note this is the first time they are requesting an adjournment and/or extension of time. Furthermore, the parties do not believe rescheduling the telephonic ICMC to one of the proposed dates would adversely affect or impact any other currently scheduled case deadlines.

For the reasons stated above, the parties respectfully request the Court to adjourn and reschedule the October 9, 2024, Telephonic Initial Case Management Conference to one of the above proposed dates or another date and time the Court deems appropriate.

Respectfully submitted this 1st day of October 2024.

BY: *s/ Noah Breazeale*
Noah A. Breazeale*
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506
(423) 634-2505 (fax)
nbreazeale@buchanandisability.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

*s/ Louis Philip DiGiaimo*
Louis Philip DiGiaimo
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
Tel: (973) 425-8843
Email: ldigiaimo@mdmc-law.com
*Attorneys for Defendants*