**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTINA ARRABITO,

                Plaintiff,　　　　　　**ORDER**

      -against-　　　　　　　　　　**24-CV-5054 (GHW) (JW)**

FIRST UNUM LIFE INSURANCE
COMPANY and UNUM GROUP CORP.,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of two requests. Dkt. No. 37. First, Defendant seeks an adjournment of the conference currently scheduled for June 5, 2025. The request to adjourn the conference is **GRANTED**. The conference will be held on **July 2, 2025 at 2:30 PM**. Second, Plaintiff requests that the June 5, 2025 conference be held remotely. The Court has a strong preference of holding discovery conferences in person, but because the late adjournment request was made by Defendant, the request to hold the conference remotely is **GRANTED**. The parties are directed to use the Microsoft Teams link [here](here).

SO ORDERED.

DATED:　New York, New York
　　　　　May 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER E. WILLIS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge