UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTINA ARRABITO,

                Plaintiff,                    **ORDER**

       -against-                      **24-CV-5054 (GHW) (JW)**

FIRST UNUM LIFE INSURANCE
COMPANY and UNUM GROUP CORP.,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    A discovery conference was held on July 2, 2025. For reasons stated more fully on the record, the Court makes the following orders:

- Plaintiff's motion to compel Defendant's response to Written Interrogatory No. 6 and Request for Production No. 4 is **DENIED.**

- Plaintiff's motion to compel Defendant's response to Request for Production No. 4 is **DENIED.**

- Plaintiff's motion to compel a deposition of Katy Dixon is **DENIED**.

- Plaintiff's motion to compel a deposition of Dr. Greenstein is **GRANTED**. The parties are directed to meet and confer to come up with mutually agreeable topics of questioning by July 18, 2025. If they are unable to come to agreement, they have leave to seek a final decision from the Court.

- The parties are to order a transcript and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
           July 2, 2025

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge