Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*



ERIC BUCHANAN
— & ASSOCIATES —

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
www.buchanandisability.com

July 17, 2025

**_Via ECF:_**

The Honorable Judge Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> The extension request is GRANTED. SO ORDERED.
>
> _Jennifer E. Willis_
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> July 21, 2025

  Re:  ***Arrabito v. First Unum Life Insurance Company et al***
      ***Case No.: 1:24-cv-05054-GHW-JW***

Dear Magistrate Judge Willis:

  In accordance with Subsection (1)(E) of the Court's Individual Rules of Practices in Civil Cases and Local Rule 7.1(d), Plaintiff requests the Court stay and extend the current joint status report deadline set for July 18, 2025, by 14 days, or until August 1, 2025.

  In support of this motion, the parties note as follows:

1. Following a discovery hearing on July 2, 2025, the Court instructed the parties to meet and confer about mutually agreeable topics of questioning for the deposition of Dr. Neal Greenstein and provide a status update to the Court concerning that discussion by July 18, 2025.

2. The parties are still conferring about mutually agreeable topics of questioning, but—due to delays related to holiday travel and other conflicts—will need more time

beyond July 18, 2025, to finish this discussion and hopefully reach agreement without the need for further judicial intervention.

To allow the parties an opportunity to finish conferring about mutually agreeable deposition topics and potentially avoid the need for further judicial intervention, the parties ask the Court to extend the joint status report deadline by 14 days, or until August 1, 2025.

Respectfully submitted this 17th day of July 2025.

BY: *s/ Noah Breazeale*
Noah A. Breazeale*
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506
(423) 634-2505 (fax)
nbreazeale@buchanandisability.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

*s/ Louis Philip DiGiaimo*
Louis Philip DiGiaimo
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
Tel: (973) 425-8843
Email: ldigiaimo@mdmc-law.com
*Attorneys for Defendants*