# McElroy Deutsch

One Hovchild Plaza
4000 Rt. 66, 4th Floor
Tinton Falls, NJ 07753
**T:** 732.733.6200 | **F:** 732.922.2702
MDMC-LAW.COM

LOUIS P. DIGIAIMO
973-425-8843
ldigiaimo@mdmc-law.com

August 1, 2025

<u>**Via ECF**</u>
The Honorable Judge Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

   Re:  ***Arrabito v. First Unum Life Insurance Company et al***
       ***Case No.: 1:24-cv-05054-GHW-JW***

Dear Magistrate Judge Willis:

  In accordance with Subsection (1)(E) of the Court's Individual Rules of Practices in Civil Cases and Local Rule 7.1(d), Defendant requests the Court stay and extend the current joint status report deadline set for July 31, 2025, to August 15, 2025.

  In support of this motion, the parties note as follows:

1. Following a discovery hearing on July 2, 2025, the Court instructed the parties to meet and confer about mutually agreeable topics of questioning for the deposition of Dr. Neal Greenstein and provide a status update to the Court concerning that discussion by July 18, 2025.

2. The parties have worked together in good faith and have come to agreement on several topics of questioning and continue to confer and negotiate on some topics in dispute. We believe the additional time requested will permit the parties to finish this discussion and reach agreement without the need for further judicial intervention.

#13551104v1<MDMDOCS>

To allow the parties an opportunity to finish conferring about mutually agreeable deposition topics and potentially avoid the need for further judicial intervention, the parties ask the Court to extend the joint status report deadline to August 15, 2025.

We thank the Court for its courtesy and consideration of this request.

BY: *s/ Noah Breazeale*
    Noah A. Breazeale*
    414 McCallie Avenue
    Chattanooga, Tennessee 37402
    (423) 634-2506
    (423) 634-2505 (fax)
    nbreazeale@buchanandisability.com
    *Admitted Pro Hac Vice*
    *Attorneys for Plaintiff*

*s/ Louis Philip DiGiaimo*
Louis Philip DiGiaimo
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
One Hovchild Plaza
4000 Route 66
Tinton Falls, New Jersey 07753
Tel: (973) 425-8843
Email: ldigiaimo@mdmc-law.com
  *Attorneys for Defendants*

---

The request is GRANTED. The parties are to provide a status update by August 15, 2025.
SO ORDERED.

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
August 4, 2025

---

#13551104v1<MDMDOCS>