Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*



ERIC BUCHANAN
— & ASSOCIATES —

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
www.buchanandisability.com

October 29, 2025

> The request for a video conference is **DENIED.** The request to adjourn the conference **GRANTED.** The Parties are to appear in person for a discovery conference on January 13, 2026 at 10:30 AM in Courtroom 228 at 40 Foley Square. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> October 30, 2025

<u>Via ECF:</u>

The Honorable Judge Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re:  *Arrabito v. First Unum Life Insurance Company et al*
Case No.: 1:24-cv-05054-GHW-JW

Dear Magistrate Judge Willis:

The parties jointly request permission to conduct the in-person hearing currently scheduled for 2:30 PM on December 2, 2025 via video conference rather than in person. For grounds, the parties note that counsel for both sides reside in other jurisdictions and that conducting the conference via video conference would allow the parties to avoid further increasing their respective litigation expenses.

In the event the conference shall proceed in-person, Plaintiff alternatively asks that the conference be adjourned and rescheduled to a different date. For grounds, Plaintiff's counsel has multiple dispositive briefs in separate matters due between December 1, 2025, and December 10, 2025, and would not be able to adequately prepare and submit these filings while simultaneously travelling for the conference. Plaintiff has conferred with Defendants and determined the parties

are jointly available for an in-person hearing on the following **proposed alternate dates:**

**January 8, 9, 12, and January 13.**

The parties jointly thank the Court for its consideration of these requests.

Respectfully submitted this 29th day of October 2025.

BY: *s/ Noah Breazeale*  
Noah A. Breazeale*  
414 McCallie Avenue  
Chattanooga, Tennessee 37402  
(423) 634-2506  
(423) 634-2505 (fax)  
nbreazeale@buchanandisability.com  
*Admitted Pro Hac Vice*  
*Attorneys for Plaintiff*

*s/ Louis Philip DiGiaimo*  
Louis Philip DiGiaimo  
McELROY, DEUTSCH, MULVANEY &  
CARPENTER, LLP  
One Hovchild Plaza  
4000 Route 66  
Tinton Falls, New Jersey 07753  
Tel: (973) 425-8843  
Email: ldigiaimo@mdmc-law.com  
*Attorneys for Defendants*