**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHRISTINA ARRABITO,

                              Plaintiff,                                   **ORDER**

                    -against-                              **24-CV-5054 (GHW) (JW)**

FIRST UNUM LIFE INSURANCE
COMPANY and UNUM GROUP CORP.,

                              Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        An in-person discovery conference is scheduled for January 13, 2026 at 10:30

AM.  The last letter the Court received from the Parties outlining the discovery

disputes is dated September 2, 2025.  The Parties are to file a joint letter by January

7, 2026 updating the Court on the current status of the discovery disputes. The

Parties are to inform the Court as to whether all disputes discussed in the September

joint letter still require Court intervention and whether there are any new disputes

that have arisen so the Court can address them all at the January 13th conference.


SO ORDERED.

DATED:      New York, New York
            December 30, 2025

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge