**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHRISTINA ARRABITO,

<table>
<tr><td>Plaintiff,</td><td><u>**ORDER**</u></td></tr>
<tr><td>-against-</td><td>**24-CV-5054 (GHW) (JW)**</td></tr>
</table>

FIRST UNUM LIFE INSURANCE
COMPANY and UNUM GROUP CORP.,

Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

A discovery conference was held on January 13, 2026. For reasons stated more fully on the record, the Court makes the following orders:

- Plaintiff's motion to compel Defendant's response to Written Interrogatory No. 5(e) is **DENIED.**

- Plaintiff's proposed topics of questioning for Dr. Greenstein are **GRANTED in part, DENIED in part:**

  o Plaintiff may inquire into the amount of compensation Dr. Greenstein received in 2023 and 2024 from Unum and from Dane Street, and whether there was a change in the amount of work Dr. Greenstein did for Unum, including the number of file reviews for Unum and the change in the percentage of work for Unum as compared to Dr. Greenstein's total amount of work.

  o Plaintiff is not permitted to inquire into policies and procedures as they relate to Dane Street's operations or Dr. Greenstein's work.

- The Parties are to file a joint letter by **February 26, 2026** providing an update on the deposition and a status update on the remaining outstanding discovery.

- The Parties are to order a transcript and provide a copy to the Court.

**The Clerk of Court is respectfully requested to close Dkt. No. 48.**

SO ORDERED.

DATED:     New York, New York
           February 12, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge