**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHRISTINA ARRABITO,

                        Plaintiff,                   **ORDER**

          -against-              **24-CV-5054 (GHW) (JW)**

FIRST UNUM LIFE INSURANCE
COMPANY and UNUM GROUP CORP.,

                      Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties indicated Dr. Greenstein's limited deposition was scheduled to occur on March 31, 2026. Dkt. No. 56. The Parties are to file a joint status letter with the Court by April 20, 2026. In the letter the Parties are to inform the Court as to whether the deposition has occurred and if discovery is complete and whether either Party intends to file a motion for summary judgment.

SO ORDERED.

DATED:    New York, New York
            April 13, 2026

                                    _____
                                    JENNIFER E. WILLIS
                                  United States Magistrate Judge